UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61675-CIV-ZLOCH

ANDREA SCLAFANI and
LAWRENCE SCLAFANI,

       Plaintiffs,

**FINAL JUDGMENT**

vs.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

       Defendant.

_____/

THIS MATTER came before the Court for a trial by jury, but was resolved by the Court upon the Parties' respective *Ore Tenus* Motions For A Directed Verdict following the presentation of Plaintiff's case-in-chief.

Accordingly, after due consideration, it is

**ORDERED and ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Defendant AllianceOne Receivables Management, Inc. and against Plaintiffs Andrea Sclafani and Lawrence Sclafani on their respective claims for violation of the FCCPA, Fla. Stat. § 559.72(7), contained in the second Count III of Plaintiffs' Complaint (DE 1);

2. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff

Andrea Sclafani and against Defendant AllianceOne Receivables Management, Inc., on Plaintiff Andrea Sclafani's Count I claim for violation of the FDCPA, 15 U.S.C. §1692e(11) and Plaintiff Andrea Sclafani's Count II claim for violation of the FDCPA, 15 U.S.C. §1692d(6), contained in the Plaintiffs' Complaint (DE 1); and

3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of November, 2010.


                                     William J. Zloch
                                     United States District Judge

2