UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61675-CIV-ZLOCH

ANDREA SCLAFANI and
LAWRENCE SCLAFANI,

    Plaintiffs,

vs.                               **AMENDED FINAL JUDGMENT**

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

THIS MATTER came before the Court for a trial by jury, but was resolved by the Court upon the Parties' respective Ore Tenus Motions For A Directed Verdict following the presentation of Plaintiff's case-in-chief.

Accordingly, after due consideration, it is

**ORDERED** and **ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Defendant AllianceOne Receivables Management, Inc. and against Plaintiffs Andrea Sclafani and Lawrence Sclafani on their respective claims for violation of the FCCPA, Fla. Stat. § 559.72(7), contained in the second Count III of Plaintiffs' Complaint (DE 1);

2. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff

Andrea Sclafani and against Defendant AllianceOne Receivables Management, Inc., on Plaintiff Andrea Sclafani's Count I claim for violation of the FDCPA, 15 U.S.C. §1692e(11) and Plaintiff Andrea Sclafani's Count II claim for violation of the FDCPA, 15 U.S.C. §1692d(6), contained in the Plaintiffs' Complaint (DE 1);

3. Plaintiff Andrea Sclafani does have and recover from Defendant AllianceOne Receivables Management, Inc. the sum of $1,000.00, together with interest thereon from the date of the Court's Final Judgment (DE 66) on November 30, 2010, at a rate of 0.27% per anum, for all of which let execution issue;

4. The Court shall retain jurisdiction solely for the purpose of entertaining a Motion For Attorney's Fees that comports with the dictates of Local Rule 7.3.A; and

5. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    1st    day of December, 2010.

　　　　　　　　　　　　　　　　　　/s/ William J. Zloch
　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record