UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61675-Civ-Zloch/Rosenbaum

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI

    Plaintiffs,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of an Amended Final Judgment (DE 67) entered December 1, 2010 against, AllianceOne Receivables Management, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Andrea L. Sclafani

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61675-Civ-Zloch/Rosenbaum

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI

    Plaintiffs,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 31, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  <u>s/Donald A. Yarbrough</u>
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>