UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61675-CIV-ZLOCH

ANDREA L. SCLAFANI
and LAWRENCE M. SCLAFANI,

    Plaintiff,

vs.                                      **ORDER OF FINAL JUDGMENT**
                                            **IN GARNISHMENT**

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant,

vs.

J.P. MORGAN CHASE BANK, N.A.,

    Garnishee.
_____/

    THIS MATTER is before the Court upon Garnishee J.P. Morgan Chase Bank, N.A.'s Answer To Writ Of Garnishment (DE 83), which the Court construes as a Motion For Attorneys' Fees, and Plaintiff Andrea L. Sclafani's Motion For Entry Of Judgment Against Garnishee J.P. Morgan Chase Bank, N.A. (DE 85). The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Andrea L. Sclafani's Motion For Entry Of Judgment Against Garnishee J.P. Morgan Chase Bank, N.A. (DE 85) be and the same is hereby **GRANTED**;

    2. Final Judgment be and the same is hereby **ENTERED** in favor

of Plaintiff Andrea L. Sclafani and against Garnishee J.P. Morgan Chase Bank, N.A., in the amount of $8,422.10, together with interest thereon at a rate of .15% per annum, for all of which let execution issue;

3. Plaintiff is hereby directed to furnish the Garnishee with a Satisfaction of Judgment in Garnishment when said judgment is paid in full;

4. Garnishee J.P. Morgan Chase Bank, N.A.'s Answer To Writ Of Garnishment (DE 83) which the Court construes as a Motion For Attorneys' Fees be and the same is hereby **GRANTED**; and

5. The Clerk of the United States District Court for the Southern District of Florida is hereby directed to disburse $100.00 in the Registry of the Court to Maxine M. Long, Shutts & Bowen, LLP, Suite 1500, Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, Counsel for Garnishee J.P. Morgan Chase Bank, N.A.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of January, 2013.

                                                  WILLIAM J. ZLOCH
                                                  United States District Judge

All Counsel of Record