UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61675-Civ-Zloch/Rosenbaum

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI

    Plaintiffs,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.

and

JP MORGAN CHASE BANK, N.A.,

    Garnishee.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment, See Order on Final Judgment in Garnishment (DE 88) entered January 14, 2013 against, JP Morgan Chase Bank, N.A., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Andrea L. Sclafani

STATE OF FLORIDA    )
                                 ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this 23 day of January, 2013 by Andrea L. Sclafani, who is personally known to me or who produced _____ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Lisenia Muir
Commission # EE081783
Expires: APR. 06, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61675-Civ-Zloch/Rosenbaum

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI

      Plaintiffs,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Maxine M. Long, Esq.
Shutts & Bowen
201 South Biscayne Boulevard
Suite 1500 Miami Center
Miami, FL 33131
Telephone: 305-379-9132
Fax: 305-347-7832

<u>Via Notices of Electronic Filing generated by CM/ECF</u>